# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**In re Archdiocese of Milwaukee,**

       Debtor.        **Bankruptcy Case No. 11-20059-SVK**

**ARCHDIOCESE OF MILWAUKEE,**

       Plaintiff,        **Adv. Proc. No. 14-02031-SVK**

   -vs-        **Case No. 14-C-264**

**ONEBEACON INSURANCE COMPANY,**

       Defendant.

## DECISION AND ORDER

OneBeacon Insurance Company moves to withdraw the reference of this adversary proceeding from the bankruptcy court. This motion is more or less identical to the one the Court granted just over year ago in a separate adversary proceeding. *In re Archdiocese of Milwaukee*, No. 13-C-58, 2013 WL 660018 (E.D. Wis. Feb. 22, 2013). The Court sees no reason to alter its analysis.

OneBeacon's motion to withdraw the reference [ECF No. 1] is **GRANTED**. The Court will conduct a status conference call on **May 20, 2014** at **9:30 a.m. (Central Time)**.

Dated at Milwaukee, Wisconsin, this 1st day of May, 2014.

                                          **BY THE COURT:**

                                          */s/ Rudolph T. Randa*
                                          **HON. RUDOLPH T. RANDA**
                                          **U.S. District Judge**